# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139952

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES WADDELL WILLIAMS,
      Defendant-Appellant.

SC: 139952
COA: 293318
Wayne CC: 08-006627

_____/

      On order of the Court, the application for leave to appeal the September 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

s0222